```
                    FILED
          CLERK, U.S. DISTRICT COURT

               APR 21 2008

         CENTRAL DISTRICT OF CALIFORNIA
         BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FERNANDO VALLE, | ) No. CV 07-8230-CAS(CT) |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED |
| TERESER A. BANKS, Warden, | ) STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The court agrees with the recommendation of the magistrate judge.

IT IS ORDERED:

1. Petitioner's request for an evidentiary hearing is denied.

2. The report and recommendation is accepted.

3. Judgment shall be entered consistent with this order.

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: _April 21, 2008_

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE