FILED
CLERK, U.S. DISTRICT COURT
APR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FERNANDO VALLE,            )   No. CV 07-8230-CAS(CT)
                           )
            Petitioner,    )
                           )   JUDGMENT
       v.                  )
                           )
TERESER A. BANKS, Warden,  )
                           )
            Respondent.    )
_____)

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and the case is dismissed with prejudice.

DATED: _April 21, 2008_

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE